A CERTIFIED TRUE COPY
DEC 17 2001
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 DEC 26 P 12:12
LORETTA G. WHYTE
CLERK

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 DEC 26 AM 9:56
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
NOV 29 2001
FILED
CLERK'S OFFICE

RECEIVED
MAIL
JAN 02 2002
CLERK US DIST COURT
ST. PAUL, MN

***DOCKET NO. 1355***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE PROPULSID PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE)***

SECT. L MAG. 3

01-1920ADM/SRN

***CONDITIONAL TRANSFER ORDER (CTO-32)***

On August 7, 2000, the Panel transferred one civil action to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 215 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon. CV 01-3854

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Louisiana for the reasons stated in the order of August 7, 2000, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.
DEC 17 2001
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY
DEC 27 2001

FILED JAN 02 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Fee
Process
X Dktd
CtRmDep
Doc. No.

(3)

Fee
Process
X Dktd
CtRmDep
Doc. No.

# SCHEDULE CTO-32 TAG ALONG CASES
# DOCKET NO. 1355
# IN RE PROPULSID PRODUCTS LIABILITY LITIGATION

| DISTRICT | DIV | CIVIL ACTION# | | |
|---|---|---|---|---|
| CALIFORNIA CENTRAL | | | | |
| CAC | 2 | 01-9070 | Brown, etc. v. Longs Drug Store California, Inc., et al. | 01-3850 |
| CALIFORNIA NORTHERN | | | | |
| CAN | 5 | 01-20866 | Sessions v. Johnson & Johnson Co., et al. | 01-3851 |
| INDIANA SOUTHERN | | | | |
| INS | 1 | 01-1510 | Jones v. Johnson & Johnson, et al. | 01-3852 |
| KENTUCKY EASTERN | | | | |
| KYE | 7 | 01-334 | Johnson, et al. v. Johnson & Johnson, et al. | 01-3853 |
| MINNESOTA | | | | |
| MN | 0 | 01-1920 | Morris, etc. v. Janssen Pharmaceutica, Inc., et al. | 01-3854 |
| MN | 0 | 01-1968 | McDonald, etc. v. Johnson & Johnson, et al. | 01-3855 |
| MISSISSIPPI SOUTHERN | | | | |
| MSS | 1 | 01-421 | Burley v. Johnson & Johnson, et al. | 01-3856 |
| NEW YORK NORTHERN | | | | |
| NYN | 5 | 01-1555 | Schmidt, et al. v. Johnson & Johnson Co., et al. | 01-3857 |
| NEW YORK SOUTHERN | | | | |
| NYS | 1 | 01-4787 | Zimbler, et al. v. Johnson & Johnson, et al. | 01-3858 |
| NYS | 1 | 01-8063 | Pashkoff v. Johnson & Johnson, et al. | 01-3859 |
| NEW YORK WESTERN | | | | |
| NYW | 1 | 01-725 | Burgos v. Johnson & Johnson, et al. | 01-3860 |
| VIRGINIA EASTERN | | | | |
| VAE | 4 | 01-103 | Butler-Goble, etc. v. Johnson & Johnson, et al. | 01-3861 |
| WASHINGTON WESTERN | | | | |
| WAW | 2 | 01-1581 | Luckman, etc. v. Johnson & Johnson, et al. | 01-3862 |